FILED

1  <u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

2

3  Name  _Fleming_ ,  _Erich_

4  (Last)            (First)          (Initial)

5  Prisoner Number  _DMEO66_    _#07042124_

6  Institutional Address  _701  S. Abel  St.  Milpitas  Ca._

7  _95035_

8  ====================================================

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

10  _Fleming, Erich W. Ham_

11  (Enter the full name of plaintiff in this action.)

12                vs.                          Case No. _____

13  _Chief Edward C. Flores_                   (To be provided by the clerk of court) **SI**

14  _Captl. David Sepulveda_  )       **COMPLAINT UNDER THE**
                                      **CIVIL RIGHTS ACT,**   **(PR)**
15  _John Does 1-20_                   **42 U.S.C §§ 1983**

16  _JANE Does 1-20_

17  (Enter the full name of the defendant(s) in this action))

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.    <u>Exhaustion of Administrative Remedies</u>

20       [**Note:** You must exhaust your administrative remedies before your claim can go

21       forward. The court will dismiss any unexhausted claims.]

22       A.    Place of present confinement _Santa Clara Co. DOC Elmwood_

23       B.    Is there a grievance procedure in this institution?

24                   YES (✓)    NO ( )

25       C.    Did you present the facts in your complaint for review through the grievance

26             procedure?

27                   YES (✓)    NO ( )

28       D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                        - 1 -

1    appeal at each level of review. If you did not pursue a certain level of appeal,

2    explain why.

3    1. Informal appeal _Refer To INTerna_

4    _AFFAIRS_

5    _____ 2. First

6    formal level _Refer TO Level II_

7    _____

8

9    3. Second formal level ____ _See Grievance_

10    _Attached_

11    _____ 4 Third

12    formal level _____ _See Rumbel_

13    _____ _VS_

14    _Hill_

15    E.    Is the last level to which you appealed the highest level of appeal available to

16    you?

17        YES (✓)    NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19    explain why._____

20    _____

21    _____

22 II.    Parties

23    A.    Write your name and your present address. Do the same for additional plaintiffs,

24    if any.

25    _Erich Fleming_

26    _701 S. Abel st.⊙_

27    _Milpitas, Ca. 95035_

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1    place of employment.
2    Chief of Corrections Edward C. Flores
3    Capt. David Sepulveda
4    John Does 1-20 And JANE Does 1-20
5    Santa Clara County Dept. OF Corrections
6    885 North San Pedro St. San Jose III.
7    Statement of Claim                Calif. 95110

8        State here as briefly as possible the facts of your case.  Be sure to describe how each
9    defendant is involved and to include dates, when possible.  Do not give any legal arguments or
10   cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
11   separate numbered paragraph.
12   #1 ON July 25th 2007 At Santa
13   Clara County Department OF
14   Corrections 'Main Jail Facility'
15   Located At 180 West Hedding
16   Street San Jose, Calif. 95110

17
18   #2 The Plaintiff Erich Fleming
19   Was ASSAULTED By Mr. Lawrence
20   From The Sheriffs 'Transportation
21   Department.
22       See (III-A )
23       Page Cont.
24

25   IV.    Relief
26       Your complaint cannot go forward unless you request specific relief.  State briefly exactly
27   what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.
28       See Page Cont. (IV-A)

COMPLAINT                    - 3 -

III

## Statement of Claim

#3    The Plantiff (Erica Fleming) Safety
Was Violated by the Defendants

#4    The Plantiff Erica Fleming is in
Protection Custody, Know as an non-active
gang member (Drop-out)

#5    The Plantiff was Assaulted by a active
Southern Gang Inmate Member

#6    The Plantiff Erich Fleming was then
also Assaulted By Sheriff Deputy
M. Lawerence

#7    The Defendants (Sheriffs transportation
Deputies) Just stood by and let the
active Southern Gang Member Assaulted
the Plaintiff Erich Fleming

#8    The Plantiff Erich Fleming was
then Assaulted By Deputy M. Lawerence
After being handcuffed.

#9    The Assault took Place during transportating
the Plaintiff Erich Fleming to Morning
Court at 7:00 am (Pre-liem) on July 25, 2007

Complaint      III-A (page Cont.)

III

## Statement of Claim

#10 When the Plaintiff reached the Down town Main Jail Facility the Defendants escorted the Plaintiff into the First Sally port entrance

#11 Inside waiting were multiple Deffendants with the (active Southern Gang Member

#12 One of the Defendants then unhandcuffed the Plaintiff and told him to stand next to the door (where the Gang member was)

#13 While approaching the Second entry door to the Main Jail Basements Holding cell the Active Gang Member was standing towards the Plaintiff

#14 At that time the Southern Gang member then started his Assault on the Plaintiff Erich Fleming

#15 The Defendants, the Transporting Shiriffs Acted Deliberately to the indifference of the Safety of the Plaintiff and the Institution.

Complaint

III - B (page cont.)

III

Statement of Claim

#16  The Plaintiff had No Choice but
to Protect Himself

#17  The Defendants, The Transporting
Sheriffs John Does (1-10) Jane Does
(1-10) Sheriff Mr. M. Lawrence
Failed to Provide Saftey to the
Plaintiff Erich Fleming

#18  After Countless Punches From the
Southern Gang Inmate to the Plaintiffs
Head and Body

#19  The Plaintiff was backed up against
the Wall

#20  The Defendants the Transporting
Officer Mr. M. Lawrence Finally
Intervened after the Plaintiff
was Assulted

#21  The Defendant Mr. M. Lawrence then
used unnecessary use of excessive Force
by Forcing the Plaintiff Erich
Fleming up against the Wall.

Complaint                    III-C (page cont.)

III

## Statement of Claim

#22  The Defendant Sheriff Mr. Lawrence
Then instructed the Plaintiff Erich
Fleming to get on the Floor or will
be Sprayed with Pepper Spray or
Mace.

#23  The Plaintiff Complied with the
Instructions made by the Defendant
Sheriff Mr. M. Lawrence

#24  While the Plaintiff was on the Floor
the Defendant Mr. M Lawrence then
cuffed the Plaintiff behind the back.

#25  The Defendant Transportating officer
Mr. M. Lawrence then used unnecessary
use of Force by Assaulting the
Plaintiff By striking the Plaintiff
Mr. Fleming with His Fist into the
Middle of Mr. Flemings back.

#26  The Defendant Sheriffs officer
Mr. Lawrence then stated to the Plaintiff
Mr. Fleming "What the Fuck are you
Doing".

Complaint           III - D (page cont)

III

## Statement of Claim

#27 Defendents John and Jane Does (1-10) then escorted Inmates and Witness to Hold tanks.

#28 Inmate Mr. Steven Garcia DHA919 is a witness to the Assult on the Plaintiff Mr. Erich Fleming.

#29 While in the Holding tank Plaintiff Mr. Fleming (while Handcuffed) was approched by MTA and asked if he was OK. Plaintiff states "I think so".

#30 At that time Plaintiff Erich Fleming was asked his Name and PFN

#31 This is the only investagation that took Place by the Defentants Transportating Officers From the Sheriff office.

#32 No disiplintary action was taken towards Plaintiff Erich Fleming

complaint      III - E (page cont.)

*See page cont.*
*( IV . A-B )*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Dec._ day of _29_ , 20 _07_

_(Plaintiff's signature)_

COMPLAINT                                   - 4 -

IV.

# Prayer For Relif

**# 1.** Defendent Transporting Sheriff Mr. Lawernce Violated the Plaintiff Erich Fleming Eighth and Fourteenth Amendment The Right to Be Free OF Cruel And Unusal Punishment By use OF Excessive Force

**# 2** Defendent Chief Edward Flores Is In Charge of the Saftey And Wellfare of All Inmates at the Santa Clara County Department of Corrections Chief Edward Flores Disregard To The Plaintiff Rights and Safty. The Plaintiff Prays Judgment against The Defendent. For Compensatory And Punitive And For Costs of Suit Incurred In this Action and For Such other and Further relief as the Court deems Proper.

Complaint                    ( IV = A )

IV.

# Prayer For Relief

#3. Defendents John and Jane Does
1-10 Violated the Plaintiffs
Eighth and Fourteenth Amendment
To Be Free of Cruel and Unusual
Punishment By use of Excessive
Force And Reckless And careless
Disregard To Inmates Rights
And Safty. Plaintiff Prays
Judgment against The Defen-
dents For Compensatory And
Punitive Damages For Costs OF
Suite INcurred IN This Action And
For Such Other And Further
relief as the Court Deems Proper

#4 Defendent Captin David Sepulveda
IS IN Charge of the Safty And
Wellfare of All INMATES At The
Santa Clara County Department
OF Corrections. Captin David
Sepulveda Disregard to the
Plaintiffs Rights And Safty.
The Plaintiff Prays Judgment
Against The Defendent For Compensatory
And Punitive Damages.

Complaint                    IV-B

ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

SANTA CLARA VALLEY

Housing/Vivienda _Elm  44-C_        Date/Fecha _Aug 27, 2007_

Request to see (Circle One):        (Medical)        Mental Health        Dental
Quiero ver a alguien en (Marque Uno):   Servicios Medicos   Servicios de Salud Mental   Servicios Dental

PFN # _DME066_        Booking #/Numero del Registro de Admision

Name/Nombre _Fleming_ _Erich_ _William_
Last Name (Apellido Paterno)        First (Nombre de Pila)        Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _March 20, 78_

Reason(s) for Request/Razon(es) de esta peticion: _Left shoulder pops out of socket and is very painful._

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? _about a month_

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** **DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT:                NURSE'S INITIALS:

ASSESSMENT:

P  ☐ The following medication(s) may help you and are available through the Commissary/
   La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☐ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion

☑ Patient Health Education Provided  Explain: _To return if with no relief or condition gets worse._

☐ Medical Authorization Form completed        ☐ Medical Wristband completed
☑ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT _8/27/07_  RN SIGNATURE
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION        RN SIGNATURE

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient
FORM 5023 Rev 3/07        SCVMC 6949-6

Main Jail      [  ]          SANTA CLARA COUNTY DEPARTMENT OF CORRECTION          Elmwood [✓]
Main Jail South [  ]                    **INMATE GRIEVANCE FORM**                   CCW    [  ]
North County Jail [  ]                                                             WRC    [  ]

| INMATE'S NAME: | BOOKING NUMBER: | HOUSING UNIT: |
|---|---|---|

**DETAILS OF GRIEVANCE.   PRINT! BE SPECIFIC!:**

**WHAT SOLUTION ARE YOU RECOMMENDING?:**

Your Signature: _____   Date: 7/24/07   Time: 11 AM/PM
(Do NOT write below this line.  Use additional sheets if necessary)
**************************************************************************
Received from Inmate on:
Day: ____   Date: ___/___/___   Time: _____   Officer: _____   Team: ____

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved   [ ] Refer to Level II

Officer's Name: _____   Team: _____   Date: ___/___/___
**************************************************************************
SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____   Team: _____   Date: ___/___/___
**************************************************************************
SHIFT LIEUTENANT REVIEW:  [  ]  Concur  [  ]  Reversed   _____

SIGNATURE: _____   Date: ___/___/___   Time: _____
**************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____   Date Assigned: ___/___/___
Date Due: ___/___/___

Response by: _____   Title: _____   Date: ___/___/___   Time: _____
**************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW:  [  ]  Concur  [  ]  Reversed   _____

SIGNATURE: _____   Date: ___/___/___   Time: _____
**************************************************************************
RESPONSE RETURNED TO INMATE: Date: ___/___/___   Time: _____   By: _____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

| I.(a) PLAINTIFFS | DEFENDANTS Chief Edward Flores |
|---|---|
| Erich William | CAPT. D. Sepulveda  JANE DOE's 1-20<br>John Does 1-20 |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Santa Clara<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Santa Clara<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED. |
| **(C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only)                                AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ 1 | Incorporated or Principal Place<br>of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place<br>of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding  ☐ Removed from State Court  ☐ Remanded from Appellate Court  ☐ Reinstated or Reopened  ☐ Transferred from Another district (specify)  ☐ Multidistrict Litigation  ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Rel. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (US Plaintiff or Defendant<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 Amer w/ disab - Empl<br>☐ 446 Amer w/ disab - Other<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV | ☐ 510 Motion to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

USE OF EXCESSIVE FORCE  Reckless And CARELESS DisREGARD TO INMATE'S RISK
UNNECESSARY USE OF FORCE  Reckless And Careless Disregard  $2,400,000.00
Reckless And Careless Disregard TO INMATE'S RISK AND SAFETY

## VII. REQUESTED IN COMPLAINT: ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $☐  CHECK YES only if demanded in complaint: Y  JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".  Smith v. WADE  461 U.S. 30  103 S Ct. 1625
75 L Ed.
2.d 632

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND  ☒ SAN JOSE

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| | |

JS 44 Page 2
(Rev. 11/04)

### INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
#### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. ` (a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a). F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Date and Attorney Signature.

Date and Attorney Signature. Date and sign the civil cover sheet.

