[Scanned image of a returned envelope with USPS postage $01.14, "ATTEMPTED NOT KNOWN" stamp, "RECEIVED FEB 26 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA" stamp, and return address "OFFICE OF THE CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, 450 GOLDEN GATE AVENUE, SAN FRANCISCO, CALIFORNIA 94102"]

FILED

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Fleming,    Erich    W
    (Last)      (First)      (Initial)

Prisoner Number  DME066   #07042124

Institutional Address  701 S. Abel st. Milpitas Ca.
95035

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fleming, Erich William
(Enter the full name of plaintiff in this action.)

vs.

Chief Edward C. Flores
Capt. David Sepulveda
John Does 1-20
Jane Does 1-20
(Enter the full name of the defendant(s) in this action)

Case No. _____ SI
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**  (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  Santa Clara Co. DOC Elmwood

B.   Is there a grievance procedure in this institution?

    YES (✓)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

    YES (✓)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT        - 1 -