UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH WILLIAM FLEMING, | No. C 08-627 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| EDWARD FLORES, chief; et al., | |
| Defendants. | |

On January 28, 2008, mail was sent to plaintiff at the address he provided to the court and was returned undelivered on February 26, 2008 and stamped "not in custody." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to send a current address within sixty days of the return of the undelivered mail    For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a). The in forma pauperis application is DENIED. (Docket # 2.)

IT IS SO ORDERED.

Dated: May 12, 2008

_____
SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERICH W. FLEMING,

        Plaintiff,

v.

EDWARD C. FLORES et al,

        Defendant.
                                      /

Case Number: CV08-00627 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erich William Fleming DME066 #0704212
701 S. Abel Street
Milpitas, CA 95035

Dated: May 13, 2008

                                           Richard W. Wieking, Clerk
                                           By: Tracy Sutton, Deputy Clerk