UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 15 2008

| | |
|---|---|
| ERICH WILLIAM FLEMING, | No. C 08-627 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDWARD FLORES, chief; et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 12, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERICH W. FLEMING,

      Plaintiff,

v.

EDWARD C. FLORES et al,

      Defendant.
    _____/

Case Number: CV08-00627 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erich William Fleming DME066 #0704212
701 S. Abel Street
Milpitas, CA 95035

Dated: May 15, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk