OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Erich William Fleming DME066 #0704212
701 S. Abel Street
Milpitas, CA 95035

RETURN TO SENDER
Not in Custody
Need Booking Number
Greeting Card over 5"x7"
Need First and Last Name

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

FILED
MAY 1 [?] 2008

...ATES DISTRICT COURT
...ISTRICT OF CALIFORNIA

No. C 08-627 SI (pr)

**ORDER OF DISMISSAL**

...nt to plaintiff at the address he provided to the court and
..., 2008 and stamped "not in custody." Plaintiff has not
... to which the undeliverable mail was sent. More than
... s returned to the court undelivered. Plaintiff has failed
... requires that a party proceeding pro se must "promptly
... osing parties a Notice of Change of Address specifying
... ges. Local Rule 3-11(b) allows the court to dismiss a
... directed to a pro se party is returned as not deliverable
... urrent address within sixty days of the return of the
... reasons, this action is dismissed without prejudice
... ormed of his address in compliance with Local Rule
... DENIED. (Docket # 2.)

Dated: May 1[?], 2008

SUSAN ILLSTON
United States District Judge