FILED
MAY 1_ 2008

[ATES DISTRICT COURT
DISTRICT OF CALIFORNIA

No. C 08-627 SI (pr)

**ORDER OF DISMISSAL**

ent to plaintiff at the address he provided to the court and
26, 2008 and stamped "not in custody." Plaintiff has not
e to which the undeliverable mail was sent. More than
as returned to the court undelivered. Plaintiff has failed
:h requires that a party proceeding pro se must "promptly
posing parties a Notice of Change of Address specifying
inges. Local Rule 3-11(b) allows the court to dismiss a
l directed to a pro se party is returned as not deliverable
current address within sixty days of the return of the
g reasons, this action is dismissed without prejudice
t informed of his address in compliance with Local Rule
ation is DENIED. (Docket # 2.)

Dated: May 1_, 2008

SUSAN ILLSTON
United States District Judge

28

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Erich William Fleming DME066
701 S. Abel Street
Milpitas, CA 95035

RETURN TO SENDER
☐ Need Booking Number
☐ Not In Custody
☐ Greeting Card
☐ Need First