OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Erich William Fleming DME066 #0704212
701 S. Abel Street
Milpitas, CA 95035

FILED
MAY 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

NIXIE
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

ATES DISTRICT COURT

DISTRICT OF CALIFORNIA

FILED
MAY 15 2008

No. C 08-627 SI (pr)

**JUDGMENT**

prejudice because plaintiff failed to keep the court

JDGED.

SUSAN ILLSTON
United States District Judge

27
28