FILED
MAY 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Erich William Fleming DME066 #0704212
701 S. Abel Street
Milpitas, CA 95035

NIXIE        951    DE  1          00   05/22/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 94102348999       *0540-08269-16-39

FILED
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TATES DISTRICT COURT
DISTRICT OF CALIFORNIA

No. C 08-627 SI (pr)

**JUDGMENT**

ut prejudice because plaintiff failed to keep the court

JUDGED.

SUSAN ILLSTON
United States District Judge

27
28