C08-627SI

**FILED**
JUN 02 2008 PM 2:03
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 29, 2008

To whom it may concern:

My name is Erich William Fleming. In late January of 2008, I filed a Complaint by a Prisoner under the Civil Rights Act, 42 U.S.C §§ 1983. I filed this action against The D.O.C. Santa Clara Co.

I am writing to inform you of a recent change in my address. I am currently incarcerated at Corcoran State Prison.

S.A.T.F. A3-122-up
P.O. Box 5248
Corcoran Ca. 93212
#G-06603

Please, if there is any information regarding my case notify me A.S.A.P. Thank you for your time and assisstance in this matter.

Erich Fleming
G-06603



Mr. Erich W. Fleming
S.A.T.F. A3.133.up
P.O. Box 5248
Corcoran Ca. 93212
G-06603

Clerk of the U.S. District Court
450 Golden Gate Avenue, Box 36060
San Francisco Ca. 94102

Legal Mail