RECEIVED
JUN 16 2008
JUN 1 6 2008
Richard W. Wieking
Clerk U.S. District Court
Northern District of California

June 12, 2008

To: Susan Illston,                           No. C 08-627 SI
(United States District Judge)

My name is Erich W. Fleming. I recently recieved an "Order of dismissal" due to the compliance of my current address. On the order its states that on January 28, 2008 a letter was sent to me (the plaintiff) but was returned undelivered on February 26, 2008 and stamped "not in custody." Enclosed with this letter is a CDC 114-D stateing that on February 19, 2008 i arrived to D.V.I. as a new commitment from Santa Clara Co.

This mail that was sent on January 28, 2008 from the courts was clearly witheld from me.

Also please note that upon recieving my property from Santa Clara Co. to D.V.I. my legal paperwork was missing.

Once i was in Corcoran and my rights to visit the legal law libary were granted. I found the U.S. district courts address and wrote a letter.

I am asking now in this letter if it is posible to re-process the 1983 i have already filed within the courts. →

Due to "misplaced" paperwork it will be somewhat difficult for me re-file my complaint.

STATE OF CALIFORNIA                                                                                          DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

J339L

| DISTRIBUTION: | |
|---|---|
| WHITE - CENTRAL FILE | CANARY - WARDEN |
| BLUE - INMATE (2ND COPY) | PINK - HEALTH CARE MGR |
| GREEN - ASU | GOLDENROD - INMATE (1ST COPY) |

FLEMING, Erich d.o.b. 3/30/78                         CDC NUMBER    G-06603

## REASON(S) FOR PLACEMENT (PART A)

[✓] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[✓] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Tuesday, February 19, 2008, you arrived at Deuel Vocational Institution (DVI) as a New Commitment (NC) from Santa Clara County. Your OBIS (no C-File available) reflects you paroled from DVI on 4/11/2004. During your initial interview, you requested protective custody due to being a Northern Hispanic drop out. You claim to have dropped out in SQ in 2004(P-47228). Per your own request you are being placed in Ad/Seg pending Administrative review/evaluation of case factors.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 2/19/08 | C. BROOKS | | LT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 2/19/08 | 1345 | ZAMORA | | |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE  X       CDC NUMBER  G-06603

## ADMINISTRATIVE REVIEW (PART B)
The following to be completed during the initial administrative review by Captain or higher by the first working day following placement

### STAFF ASSISTANT (SA)                              INVESTIGATIVE EMPLOYEE (IE)

| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|---|---|

### IS THIS INMATE:

LITERATE?                                    [✓] YES [ ] NO    EVIDENCE COLLECTION BY IE UNNECESSARY   [✓] YES [ ] NO
FLUENT IN ENGLISH?                           [✓] YES [ ] NO    DECLINED ANY INVESTIGATIVE EMPLOYEE     [ ] YES [✓] NO
ABLE TO COMPREHEND ISSUES?                   [✓] YES [ ] NO    ASU PLACEMENT IS FOR DISCIPLINARY REASONS [ ] YES [✓] NO
FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? [✓] YES [ ] NO  DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES
DECLINING FIRST STAFF ASSISTANT ASSIGNED?    [ ] YES

[✓] NOT ASSIGNED          Any "NO" requires SA assignment          [✓] NOT ASSIGNED          Any "NO" may require IE assignment

## INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [✓] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[✓] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE                      DATE

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

DECISION: [✓] RELEASE TO UNIT/FACILITY  SPU   [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC
REASON FOR DECISION: Release to SPU   Verified PC in S.C. Co. jail

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| L. WOOD | Fac. Capt. | 2-20-08 | 1050 | L Wood |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|

NoLongerAssociating2

See chronological Classification Review document (CDC 128 - G) for specific hearing information

PC in CO.



Mr. Erich W. Fleming
G-06603
S.A.T.F.
A1 239-up
P.O. Box 5248
Corcoran Ca. 93212

Office of The Clerk, U.S. district Court
Northern district of California
U.S. district Judge, Susan Illston
450 Golden Gate Avenue
San Francisco, Ca. 94102

RECEIVED
JUN 1 6 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Legal Mail