FILED
JUL 09 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 4, 2008

To whom it may concern:

Hello, My name is Erich William Fleming. I am writting in regards of a second notice of payment due. Case number: 3:08-cv-00627-SI. I Filed this action Jan. 28, 2008 From Jail in Santa Clara Co. (Elmwood). Last month I recieved an Order of Dismissal without prejudice due to Failure to inform the court of my new address. I am now in Corcoran State Prison. When recieveing this Dismissal I did write the courts to inform them of the matters that took place upon me being transforced to the State. Seeing if they can re-File the paper work (1983) that i already Filed. In response, I recieved a Second notice of payment due. However, i never recieved a First notice.

Also, i don't see how my application For In Forma Pauperis was denied. I have been incarcerated since June 19, 2007 and have since then only recieved about $50.00 in my trust account. Records of my ~~state~~ stay at Santa Clara Co. (trust account) are enclosed. I have no assets, and have be locked up the better part of 10 years. Can you please reconsider my application. If i need to File again on the In Forma Pauperis please let me know. At this time being that i am incarcerated i have no way of paying the Fileing Fee.

over →

It would be higly appreciated if you can look over this matter and inform me of the proceedings. I have yet to know if my 1983 has been re-filed or if i need to file again. I will be waiting for your response for further actions on this issue.

Thankyou for your time and understanding in this matter

Erich W. Fleming

```
                       SANTA CLARA COUNTY DOC
               ===================================================
                            Resident Account Summary
                         Sunday, October 28, 2007 @07:09
     =========================================================================
For PFN: DME066      FLEMING, ERICH WILLIAM
-------------------------------------------------------------------------------
     Date    Transaction Description              Amount    Balance    Owed     Held    Reference
-------------------------------------------------------------------------------
10/24/2007 EPR         OID:100705005-ComisaryPur  -19.20     13.21    0.00     0.00
10/17/2007 EPR         OID:100701897-ComisaryPur   -3.10     32.41    0.00     0.00
10/10/2007 EPR         OID:100698811-ComisaryPur   -4.75     35.51    0.00     0.00
09/25/2007 DEPMO       57410711567                 20.00     40.26    0.00     0.00
09/19/2007 EPR         OID:100689501-ComisaryPur   -3.30     20.26    0.00     0.00
09/12/2007 EPR         OID:100686372-ComisaryPur   -5.10     23.56    0.00     0.00
08/29/2007 EPR         OID:100680384-ComisaryPur   -9.03     28.66    0.00     0.00
08/28/2007 DEPMO       57410709301                 20.00     37.69    0.00     0.00
08/22/2007 EPR         OID:100677378-ComisaryPur   -8.80     17.69    0.00     0.00
08/15/2007 EPR         OID:100674478-ComisaryPur   -6.00     26.49    0.00     0.00
08/08/2007 EPR         OID:100671462-ComisaryPur   -8.21     32.49    0.00     0.00
08/02/2007 DEPMO       56735102402                 20.00     40.70    0.00     0.00
08/01/2007 EPR         OID:100668568-ComisaryPur   -5.93     20.70    0.00     0.00
07/25/2007 EPR         OID:100665642-ComisaryPur  -23.47     26.63    0.00     0.00
07/23/2007 DEPMO       10861676550                 15.00     50.10    0.00     0.00
07/19/2007 ERF         OID:100661979-ComisaryRef   27.11     35.10    0.00     0.00
07/17/2007 EPR         OID:100661979-ComisaryPur  -27.11      7.99    0.00     0.00
07/13/2007 DEPMO       08-730493734 WESTERN UNIO   20.00     35.10    0.00     0.00
07/05/2007 DEPCA       RECD CASH FR MJ -CSA VILL   15.00     15.10    0.00     0.00
06/26/2007 EPR         OID:100653249-ComisaryPur   -2.90      0.10    0.00     0.00
06/19/2007 DEPCA       INITIAL DEPOSIT - REINSTA    3.00      3.00    0.00     0.00
04/12/2007 WCASH MJ    RELEASE OR CLOSEOUT TRANS  -15.00      0.00    0.00     0.00
04/09/2007 DEPCA       INITIAL DEPOSIT - REINSTA   15.00     15.00    0.00     0.00
11/20/2006 WCASH MJ    RELEASE OR CLOSEOUT TRANS   -1.00      0.00    0.00     0.00
11/19/2006 DCASH MJ    INITIAL DEPOSIT - REINSTA    1.00      1.00    0.00     0.00
04/24/2006 WCASH ELM   RELEASE OR CLOSEOUT TRANS   -0.02      0.00    0.00     0.00
04/11/2006 EPR         OID:100475758-ComisaryPur   -4.40      0.02    0.00     0.00
04/07/2006 <INP>       Payment for INP on 2004-0   -5.58      4.42    0.00     0.00
04/07/2006 DCASH MJ    INITIAL DEPOSIT - REINSTA   10.00     10.00    5.58     0.00
06/29/2005 RELCASH     RELEASE OR CLOSEOUT TRANS    0.00      0.00    5.58     0.00
06/23/2005 DEPCA       INITIAL DEPOSIT - REINSTA    0.00      0.00    5.58     0.00
09/26/2004 RELCASH     RELEASE OR CLOSEOUT TRANS    0.00      0.00    5.58     0.00
09/08/2004 <INP>       OID:100242475-ComisaryPur   -0.77      0.00    5.58     0.00
09/08/2004 INP         OID:100242475-ComisaryPur    6.35      0.77    6.35     0.00
09/01/2004 EPR         OID:100240848-ComisaryPur   -4.57      0.77    0.00     0.00
08/25/2004 EPR         OID:100238235-ComisaryPur  -14.47      5.34    0.00     0.00
08/20/2004 <INP>       Payment for INP on 2004-0   -0.19     19.81    0.00     0.00
08/20/2004 DEPMO       08181445496                 20.00     20.00    0.19     0.00
07/21/2004 <INP>       OID:100225241-ComisaryPur   -1.11      0.00    0.19     0.00
07/21/2004 INP         OID:100225241-ComisaryPur    1.30      1.11    1.30     0.00
07/07/2004 EPR         OID:100220247-ComisaryPur   -8.45      1.11    0.00     0.00
06/25/2004 <INP>       Payment for INP on 2004-0   -0.44      9.56    0.00     0.00
06/25/2004 DEPMO       5719995222                  10.00     10.00    0.44     0.00
06/22/2004 <INP>       OID:100213940-ComisaryPur   -1.46      0.00    0.44     0.00
06/22/2004 INP         OID:100213940-ComisaryPur    1.90      1.46    1.90     0.00
06/01/2004 EPR         OID:100206285-ComisaryPur  -10.20      1.46    0.00     0.00
05/18/2004 EPR         OID:100200953-ComisaryPur  -28.54     11.66    0.00     0.00
05/11/2004 EPR         OID:100198347-ComisaryPur  -14.96     40.20    0.00     0.00
05/11/2004 DEPMO       44999707797                 40.00     55.16    0.00     0.00
05/07/2004 ERF         OID:100195712-ComisaryRef   14.03     15.16    0.00     0.00
05/04/2004 EPR         OID:100195712-ComisaryPur  -14.03      1.13    0.00     0.00
04/28/2004 ERF         OID:100193085-ComisaryRef    4.69     15.16    0.00     0.00
04/27/2004 EPR         OID:100193085-ComisaryPur   -9.53     10.47    0.00     0.00
04/23/2004 DCARD RFND  INITIAL DEPOSIT - REINSTA    0.00     20.00    0.00     0.00
04/23/2004 DEPCA       BOOKING                     20.00     20.00    0.00     0.00
10/23/2003 WARRANT INM RELEASE OR CLOSEOUT TRANS   -4.05      0.00    0.00     0.00
10/22/2003 <INP>       Payment for INP on 2003-0   -1.95      4.05    0.00     0.00
10/22/2003 DEPCA       INITIAL DEPOSIT - REINSTA    6.00      6.00    1.95     0.00
03/06/2003 RELCASH     RELEASE OR CLOSEOUT TRANS    0.00      0.00    1.95     0.00
03/05/2003 INP         OID:100039208-ComisaryPur    1.95      0.00    1.95     0.00
02/27/2003 DEPMO       INITIAL DEPOSIT              0.00      0.00    0.00     0.00
-------------------------------------------------------------------------------
                                    Page 1
```

**SATF/STATE PRISON AT CORCORAN**
CORCORAN, CA 93212

NO. S248
NAME Erich Fleming
NUMBER G-06603
HOUSING A1-239-up

**STATE PRISON GENERATED MAIL**

Office of the Clerk
U.S. District Court (Northern District)
450 Golden gate avenue
San Francisco Ca. 94102

94102336651 0004

US POSTAGE PITNEY BOWES
02 1A
0004331204  JUL 07 2008
$ 00.42⁰
MAILED FROM ZIPCODE 93212

Legal mail


