FILED
08 JUL 16 PM 3:22
[clerk stamp, U.S. District Court, Northern District of California]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Erich W. Fleming
　　　　　　Plaintiff,

vs.

Chief Edward Flores,
Captn. David Sepulveda
John Does 1-10     Defendant.
Jane Does 1-10

CASE NO. C 08-62751 (pr)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Erich Fleming, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.　　Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A　　　　　　　　　　Net: N/A

Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Safeway____San Jose Ca._____
5  _____OFF Stevens Creek in 1996_____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or            Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,          Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                      Yes ___ No _X_
14      d.   Pensions, annuities, or             Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,  Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each  _____N/A_____
21  _____
22  _____
23  3.     Are you married?                      Yes ___ No _X_
24  Spouse's Full Name: ____N/A_____
25  Spouse's Place of Employment: ____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____N/A_____ Net $____N/A_____
28  4.     a.   List amount you contribute to your spouse's support:$ __N/A__

1   b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5   Y.R.F.   10 yrs. old   $381.00   monthly
6   J.A.L.   4 yrs. old   $254.00   monthly
7   5.  Do you own or are you buying a home?   Yes ___ No X
8   Estimated Market Value: $ N/A   Amount of Mortgage: $ _____
9   6.  Do you own an automobile?   Yes ___ No X
10  Make  N/A   Year  N/A   Model  N/A
11  Is it financed? Yes ___ No  N/A   If so, Total due: $  N/A
12  Monthly Payment: $  N/A
13  7.  Do you have a bank account?   Yes ___ No X  (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15                                    N/A
16  Present balance(s): $  N/A
17  Do you own any cash?   Yes ___ No X   Amount: $  N/A
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ___ No X
20                                    N/A
21  8.  What are your monthly expenses?
22  Rent: $  300-            Utilities:  100-
23  Food: $  100-            Clothing:  100-
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  N/A                      $ N/A                    $ N/A
27  _____           $ _____         $ _____
28  _____           $ _____         $ _____

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Child Support $31,073.00

10.   Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes X   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Smith Vs. Wade 461 US. 30 103 Sct. 1625 75 LEd. 2d 632

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 9, 2008
DATE

[signature]
SIGNATURE OF APPLICANT

| STATE OF CALIFORNIA<br>GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| DATE<br>June 23, 08 | TO<br>Trust office | FROM (LAST NAME)<br>Fleming, Erich | CDC NUMBER<br>G·06603 |
| HOUSING<br>A·1 | BED NUMBER<br>239·up | WORK ASSIGNMENT<br>Janitorial  X shift | JOB NUMBER<br>FROM #109  TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | ASSIGNMENT HOURS<br>FROM 7:00  TO 14:00 |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Please fill out attached form, and send back.

Thank you.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                                 DATE

DISPOSITION

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Erich Fleming_ for the last six months [prisoner name] _C.S.A.T.F/S.P. Corcoran_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated: JUN 2 5 2008

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/25/08
                                                                     PAGE NO:          1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SATF/SP AT CORCORAN
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 25, 2008

ACCOUNT NUMBER  : G06603                         BED/CELL NUMBER: FAB1T2000000239U
ACCOUNT NAME    : FLEMING, ERICH WILLIAM              ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                             TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE     DESCRIPTION            COMMENT         HOLDS AMOUNT
------   ------   ---------------        -----------      -------------
06/02/2008 H114   COPAY FEE, MED.        5946/09567              5.00

                          TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS      BALANCE      BALANCE       TO BE POSTED
---------    ---------    -----------    ----------    ---------    --------------
    0.00         0.00          0.00           0.00         5.00            0.00

                                                                      CURRENT
                                                                     AVAILABLE
                                                                      BALANCE
                                                                   -------------
                                                                         5.00-
```

THIS WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:              JUN 2 5 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
By [signature]
   TRUST OFFICE

July 10, 2008

To whom it may concern,

My name is Erich W. Fleming, case number C08-62751 (pr). I am writing in regards to my In Forma Pauperis. I wrote a letter earlier this month stateing the issue. My In Forma Pauperis was denied, here enclosed in this env. is an application to proceed and also records of my trust account.

Please take into consideration that i have been locked up the better part of 10 years, and i have no assets of any kind.

Thank you!

*Erich Fleming*

Mr. Erich W. Fleming G-06603
S.A.T.F./S.P.
P.O. Box 5248
Corcoran Ca. 93212
A1.939.4P

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Legal Mail

Legal mail

P/3 signature cdi 7/4/08