UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH WILLIAM FLEMING, | No. C 08-627 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD FLORES, chief; et al., | |
| Defendants. / | |

On May 12, 2008, this action was dismissed because mail sent to plaintiff at the address he provided to the court was returned undelivered and he had failed to keep the court apprised of his current address. A month after the action was dismissed – and at least four months after his address had changed – he sent to the court a notice of change of address. Since then he has sent several letters requesting that his civil rights action be reinstated. The court construes the request to reinstate the action to be a motion for reconsideration of the order of dismissal and DENIES it. A motion for reconsideration under Federal Rule of Civil Procedure 59(e) "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the law.'" McDowell v. Calderon, 197 F.3d 1253, 1255 (9th Cir. 1999) (citation omitted) (en banc). Plaintiff has not shown newly discovered evidence, clear error by the court or any change in the law. It was plaintiff's negligent or intentional failure to keep the court informed of his address, rather than error by the court or prison officials, that brought about the dismissal of this action. Plaintiff's letter dated November 30, 2009 (docket # 18), has an attachment that shows he

transferred to Deuel Vocational Institution ("DVI") from Santa Clara County on February 19, 2008, which was shortly after the time the court sent mail to him that was later returned to the court undelivered. He never informed the court that he had been moved to DVI; his change of address notice was not filed until June 2008 (which was after the court dismissed the case), and stated that his address was at a prison in Corcoran. It was plaintiff's failure to notify the court that he had been transferred to DVI that caused his mail to be returned undelivered and caused this action to be dismissed. The order of dismissal and judgment will not be set aside.

Plaintiff may file a new complaint but when he does so, he should leave the case number blank so that a new case number may be assigned to the new action. He also must pay the filing fee or file a new completed <u>in forma pauperis</u> application with that new complaint to start a new action.

IT IS SO ORDERED.

Dated: December 17, 2009

SUSAN ILLSTON
United States District Judge

2